UNITED STATES of America,
Plaintiff–Appellee,

v.

Arturo Daniel VELASCO–HEREDIA,
aka Arturo Velasco–Heredia,
Defendant–Appellant.

No. 00–50107.

United States Court of Appeals,
Ninth Circuit.

Filed Sept. 5, 2001

Before: TROTT, THOMAS, and
BERZON, Circuit Judges.

## ORDER

Further action on the petition for re-hearing shall be deferred until the final dosposition of *U.S. v. Buckland*, No. 99–30285 is entered. The Clerk shall hold the mandate until further notice. The Opinion filed on May 10, 2001, shall be withdrawn pending further notice and is not citeable by parties.